IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:07CR2 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| JOSHUA GALVIN, | ) | |
| MELISSA SMITH, | ) | |
| ROBERT OWEN, | ) | |

**THIS MATTER** is before the Court on the Government's motion for disposition of evidence.

For the reasons stated in the Government's motion and for good cause shown, the Court finds that the following items, which are now in the possession of the Federal Bureau of Investigation, should be destroyed in accordance with the usual procedure for the destruction of such evidence.

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED**, and the following items are ordered destroyed in accordance with the usual procedures for such evidence:

MOD TEX .22 CAL L. R. FIE SERIAL NUMBER.: TR00770
HOLSTER
SIX .22 CALIBER BULLETS
.380 AMMUNITION
.22 LR AMMUNITION
NINE ROUNDS OF 22 CALIBER AMMO, FOUND IN H&R MODEL 929 HANDGUN
ONE MAGAZINE FOR HIGH POINT MODEL CF380 HANDGUN
WITH 380 CALIBER AMMO
ONE LOOSE 380 CALIBER ROUND
H&R MODEL 929, 22 CALIBER HANDGUN IN HOLSTER
HIGH POINT CF 380 HANDGUN, CALIBER 380 ACP, SERIAL NUMBER REMOVED

Signed: January 9, 2009

*[signature]*

Lacy H. Thornburg
United States District Judge